

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

August 22, 2022

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judges
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States v. Chajecki*, 14 Cr. 468 (KPF)

Dear Judge Failla:

    The Government writes, with the consent of defense counsel, to seek a stay of the pending VOSR proceeding in this matter until the resolution of new criminal charges filed against the defendant in *United States v. Chajecki*, 21 Cr. 17 (KPF). The parties believe that staying the proceedings is appropriate because, *inter alia*, specifications (5) – (7) of the pending VOSR concern the August 16, 2019 murder of Isael Lagares, and the defendant is also charged with that murder in *United States v. Chajecki*, 21 Cr. 17.

    Should the Court grant the parties' motion to stay the VOSR proceedings, the parties will write to the Court upon the resolution of the charges filed in *United States v. Chajecki*, 21 Cr. 17 to schedule a conference in this matter or otherwise advise the Court regarding proposed next steps in the case.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: _____
    Frank J. Balsamello / Mathew Andrews
    Christopher Brumwell / Benjamin Gianforti
    Assistant United States Attorneys
    (212) 637-2325 / -6526 / -2477 / -2490

cc:   Peter Quijano and Anna Sideris, Esqs., *defense counsel in 21 Cr. 17 (KPF)* (by ECF)
      Christopher Wright, Esq., *defense counsel in 14 Cr. 468 (AT)* (by ECF)

Application GRANTED. The pending VOSR proceeding in this matter is hereby STAYED pending the resolution of the criminal charges filed against Defendant in *United States* v. *Chajecki*, 21 Cr. 17 (KPF). The parties are directed to write to the Court upon the resolution of the charges filed in 21 Cr. 17 to schedule a conference in this matter or otherwise advise the Court regarding proposed next steps in this case. The Clerk of Court is directed to terminate the pending motion at docket number 562.

Dated:    August 23, 2022          SO ORDERED.
          New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE