**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 30, 2026

**BY ECF**

MEMO ENDORSED

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**Re: *United States v. Chajecki*, 14 Cr. 468 (KPF)**

Dear Judge Failla:

The Government writes, on behalf of itself and the United States Probation Officer assigned to this case, to request that the pending VOSR specifications in this matter be dismissed in light of the fact that the Court has sentenced the defendant in *United States v. Chajecki*, 21 Cr. 17, and the Court's sentence concerned the most serious conduct underlying the pending specifications.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: ______________________________
Frank J. Balsamello / Christopher Brumwell / Brandon Harper
Assistant United States Attorneys
(212) 637-2325 / -2477 /-2209

cc: Peter Quijano, Esq., *defense counsel in 21 Cr. 17 (KPF)* (by ECF)

Application GRANTED. The Court hereby DISMISSES the pending VOSR specifications against Mr. Chajecki in 14 Cr. 468-12.

The Clerk of Court is directed to terminate the pending motion at docket entry 658.

Dated: October 1, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE